1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Martinez-Martinez

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,              )   No. CR 06-00214 JW (RS)
                                           )
12                    Plaintiff,           )
                                           )   [PROPOSED] ORDER DIRECTING THE
13  vs.                                    )   SANTA CLARA COUNTY MAIN JAIL TO
                                           )   PERMIT Jaime Martinez-Martinez TO
14                                         )   POSSESS AN MP3 PLAYER
    JAIME MARTINEZ-MARTINEZ,               )
15                                         )
                      Defendant.           )
16  _____)

17       GOOD CAUSE APPEARING, upon request of defendant Jaime Martinez-Martinez, by

18  and through counsel, IT IS HEREBY ORDERED that the Santa Clara County Main Jail shall

19  permit Mr. Martinez-Martinez to possess an MP3 player for the duration of time necessary to

20  enable him to listen to and evaluate recordings produced by the government in discovery.

21       IT IS SO ORDERED.

22

23  DATE: 5/25/06

24                                 ~~RICHARD SEEBORG~~ PATRICIA V. TRUMBULL
                                   United States Magistrate Judge
25

26

[Proposed] Order                              1