|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

UNITED STATES OF AMERICA,           )           No. CR 06-00214 JW
           Plaintiff,                                      )
                                                            )           STIPULATION AND [PROPOSED]
           v.                                               )           ORDER CONTINUING SENTENCING
                                                            )
JAIME MARTINEZ-MARTINEZ,          )
  a/k/a Jaime Martinez,                         )
                                                            )
           Defendant.                                 )
                                                            )

      Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Jaime Martinez-Martinez, by and through his counsel Jay Rorty, hereby AGREE AND STIPULATE to continue the date set for sentencing in this matter from December 18, 2006 to January 22, 2007 at 1:30 p.m.  The reason for the continuance is that the probation officer assigned to the case needs additional time to obtain a recommendation from the United States regarding a possible safety-valve sentencing reduction for the defendant, and to prepare the presentence report.  The United States has conferred with opposing counsel and the probation officer assigned to the case and been informed that those parties would be available on the changed date if the motion is granted.


DATED: 12/4/06                                      KEVIN V. RYAN
                                                             United States Attorney

                                                             /S/
                                                             _____
                                                             MATTHEW A. LAMBERTI
                                                            Assistant United States. Attorney

                                                             /S/
DATED: 12/4/06                                      _____
                                                             JAY RORTY
                                                             Counsel for the Defendant

1

[~~PROPOSED~~] ORDER

2     Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT

3  the date for the sentencing hearing in this case be continued from December 18, 2006 to January

4  22, 2007 at 1:30 p.m.

5     IT IS SO ORDERED.

6

7  DATED:  12/06/2006                                    _____
                                                          HON. JAMES WARE
8                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. V. MARTINEZ-MARTINEZ STIPULATION AND ORDER   CR 06-00214 JW

Distribute to:

Matthew A. Lamberti
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

JAY RORTY
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113

U.S. V. MARTINEZ-MARTINEZ STIPULATION AND ORDER   CR 06-00214 JW