KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

MATTHEW A. LAMBERTI (DCBN 460339)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME MARTINEZ-MARTINEZ, ) <br> a/k/a Jaime Martinez, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 06-00214 JW <br><br> **UNITED STATES' REPLY TO DEFENDANT'S SENTENCING MEMORANDUM** <br><br> Date:   January 22, 2007 <br> Time:   1:30 p.m. <br> Court:  Hon. James Ware |

     On September 18, 2006, defendant Jaime Martinez-Martinez pled guilty to conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).

     In the plea agreement the parties agreed that the defendant's base offense level is 32 and that the total amount of drugs he distributed was 128.7 grams of methamphetamine (actual). Moreover, the parties agreed that if the defendant was eligible for safety valve relief and accepted responsibility, his adjusted offense level would be 27. **Finally, the defendant agreed not to ask for any other adjustment or reduction in his offense level or for a downward departure, and agreed not to seek a sentence below the low-end of the Guideline range.**

UNITED STATES'REPLY TO
DEF.'S SENTENCING MEMO.
CR 06-00214 JW (MARTINEZ-MARTINEZ)

1    Subsequently, the defendant participated in a safety-valve interview, and on the basis of
2  that interview (and the presentence report), the United States believes that the defendant is
3  eligible for the safety-valve.  As a result, the defendant should not be subject to the otherwise
4  mandatory minimum sentence of 10 years in prison for his crime.

5    The Court has scheduled sentencing for January 22, 2007 at 1:30 p.m.  The probation
6  officer assigned to the case has completed a presentence report that concludes that the applicable
7  sentencing guideline under the U.S. Sentencing Guidelines is § 2D1.1(c)(4), and that the
8  defendant's total offense level is 27, his criminal history level is category I, and the applicable
9  sentence guideline range is 70-87 months.  The United States agrees that these calculations are
10 correct.

11   The (corrected) presentence report also recommends a low-end sentence of 70 months.
12 The United States agrees with this recommendation.  As noted above, the defendant agreed in his
13 plea agreement not to seek a sentence below the low-end of the applicable Guideline range–that
14 is, 70 months.  The Court should respect the parties' agreement and sentence the defendant to 70
15 months.

16   In addition, it is important to note that, of the three defendants in this case,
17 Martinez-Martinez had the most significant role.  He was the one arranged for the others to
18 participate in the conspiracy, and he was the one who agreed to sell a large quantity of crystal
19 methamphetamine over several deals.  Specifically, Martinez-Martinez (1) agreed to sell a total
20 of *ten* pounds of crystal methamphetamine to the undercover agent over three separate
21 transactions, although he was only charged with (and pled) to the one pound sale; (2) set up the
22 one-pound drug deal; (3) arranged with codefendant Jose Marquez-Galeana to supply those
23 drugs; (4) arranged for codefendant Miguel Angel Hernandez-Avalos to drive him to and
24 accompany him at the drug deal; and (5) planned to keep a large portion of the proceeds ($6500
25 of the original $15,000 sale price).  As set forth in the Guidelines, a 70-month guideline sentence
26 is both fair and appropriate in this case.
27 //
28

**CONCLUSION**

Based on the foregoing reasons, the United States respectfully requests that the Court find that the applicable sentence guideline range is 70-87 months and, pursuant to 18 U.S.C. § 3553, sentence the defendant to a low-end sentence of 70 months.

DATED: 1/19/07                   Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/
_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

UNITED STATES'REPLY TO
DEF.'S SENTENCING MEMO.
CR 06-00214 JW (MARTINEZ-MARTINEZ)           3